GUY POIRIER ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF WILTON

The defendant's petition for certification for appeal from the Appellate Court, 75 Conn. App. 289 (AC 22063), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Jennifer E. Sills* and *Maureen Danehy Cox,* in support of the petition.

*Matthew C. Mason,* in opposition.

Decided April 10, 2003

RONNIE JONES *v.* COMMISSIONER OF CORRECTION

The petitioner Ronnie Jones' petition for certification for appeal from the Appellate Court, 74 Conn. App. 911 (AC 22899), is denied.

*Vicki H. Hutchinson,* special public defender, in support of the petition.

Decided April 17, 2003